655 A.2d 925

IN THE MATTER OF LEO J. BARRETT, AN ATTORNEY AT LAW.

April 6, 1995.

The Court having ordered that **LEO J. BARRETT** of **OLDS-MAR, FLORIDA** be restored to the practice of law effective with the receipt of satisfactory evidence of his payment of $575 to the Ethics Financial Committee and the successful completion of the

Skills Training Course presented by the Institute for Continuing Legal Education;

And respondent having satisfied his obligation to the Ethics Financial Committee on December 14, 1994;

And respondent having provided the Court with satisfactory evidence of his successful completion of the Skills Training Course on February 24, 1995;

And good cause appearing;

It is ORDERED that **LEO J. BARRETT** be restored to the practice of law effective February 24, 1995.